IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ROBERT R. DI ...O
CLERK, U.S. DI ...T.
W.D. OF TN, MEMPHIS

LINDA CROSBY,      )
                   )
    Plaintiff,     )
                   )
vs.                )    No. 05-2102 Ml/V
                   )
CATFISH CABIN AND SEAFOOD )
HOUSE, and MARK RAMIREZ,  )
                   )
    Defendant.     )

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held Thursday, April 21, 2005. Present were James E. King, Jr., counsel for plaintiff, and Gary R. Wilkinson, counsel for defendants.* At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES
    PURSUANT TO Fed. R. Civ. P. 26(a)(1):       MAY 5, 2005.

JOINING PARTIES:                                JULY 21, 2005.

AMENDING PLEADINGS:                             JULY 21, 2005.

INITIAL MOTIONS TO DISMISS:                     AUGUST 22, 2005.

COMPLETING ALL DISCOVERY:                       OCTOBER 21, 2005.

\* Mr. Ramirez has not been served at this time.

Page 1 of 3

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  4-25-05

11

```
(a) DOCUMENT PRODUCTION:                    OCTOBER 21, 2005.

(b) DEPOSITIONS, INTERROGATORIES
    AND REQUESTS FOR ADMISSIONS:            OCTOBER 21, 2005.

(c) EXPERT WITNESS DISCLOSURE (Rule 26):

    (1) DISCLOSURE OF PLAINTIFF'S
        RULE 26 EXPERT INFORMATION:         AUGUST 22, 2005.

    (2) DISCLOSURE OF DEFENDANTS'
        RULE 26 EXPERT INFORMATION:         SEPTEMBER 21, 2005.

    (3) EXPERT WITNESS DEPOSITIONS:         OCTOBER 21, 2005.


FILING DISPOSITIVE MOTIONS:                 NOVEMBER 21, 2005.
```

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is to be set for jury trial, and the trial is expected to last three (3) day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_Diane K. Vescovo_
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: April 21, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02102 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Matthew S. Russell
STEWART & WILKINSON, PLLC
22 N. Front St.
Ste. 850
Memphis, TN 38103

Gary R. Wilkinson
STEWART WILKERSON & WILSON
22 North Front St.
Ste. 850
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT