FILED BY _____ D.C.

05 MAY 23 PM 12: 12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
WD OF TN. MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LINDA CROSBY,                          )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )        No. 05-2102 Ml/V
                                       )
CATFISH CABIN AND SEAFOD HOUSE         )
and MARK RAMIREZ,                      )
                                       )
        Defendants.                    )
                                       )

---

## ORDER SETTING TRIAL AND PRETRIAL DATES

---

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on April 25, 2005, by United States Magistrate Judge Diane K. Vescovo.  In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1.   The jury trial in this matter, which is anticipated to last three (3) days, is set to begin <u>Monday, February 13, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2.   A pretrial conference is set for <u>Tuesday, February 7, 2006 at 8:45 a.m.</u>

3.   The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>January 31, 2006</u>.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___ S · 25 - 05

14

Absent good cause, the dates established by this order shall not be extended or modified.


IT IS SO ORDERED this **23** day of May, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02102 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Gary R. Wilkinson
STEWART WILKERSON & WILSON
22 North Front St.
Ste. 850
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Matthew S. Russell
STEWART & WILKINSON, PLLC
22 N. Front St.
Ste. 850
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT