IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LINDA CROSBY,

    Plaintiff,

v.

CATFISH CABIN AND SEAFOOD
HOUSE and MARK RAMIREZ, in his
official capacity,

    Defendants.

No. 05-2102 Ml/V

## ORDER GRANTING JOINT MOTION FOR MODIFICATION OF THE COURT'S SCHEDULING ORDER AND ORDER RESETTING TRIAL DATES

Before the Court is the Joint Motion for Modification of the Court's Scheduling Order, filed October 21, 2005. Good cause having been shown, the Court GRANTS the motion. The Court hereby MODIFIES the Rule 16(b) Scheduling Order and RESETS the trial dates as follows:

- The discovery deadline shall be reset to <u>February 14, 2006</u>;
- The dispositive motion deadline shall be reset to <u>March 14, 2006</u>;
- The jury trial in this matter is set to begin on <u>Tuesday, May 30, 2006, at 9:30 a.m.</u>;
- A pretrial conference is set for <u>Monday, May 22, 2006, at 8:45 a.m.</u>
- The pretrial order, proposed jury instructions, and voir

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-23-05



dire questions are due by no later than <u>4:30 p.m. on May 15, 2006</u>.

Absent good cause, the dates established by this order shall not be extended or modified.

So ORDERED this 22 day of November, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CV-02102 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Gary R. Wilkinson
STEWART & WILKINSON, PLLC
9040 Garden Arbor Dr.
First Floor
Germantown, TN 38138

Matthew S. Russell
STEWART & WILKINSON, PLLC
9040 Garden Arbor Dr.
First Floor
Germantown, TN 38138

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT